An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123

## IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| NICOLE DURR, AN INDIVIDUAL,<br>Appellant,<br>vs.<br>CMKM DIAMONDS, INC., A TEXAS CORPORATION,<br>Respondent. | No. 68551<br><br>**FILED**<br><br>NOV 0 3 2015<br><br>TRACIE K. LINDEMAN<br>CLERK OF SUPREME COURT<br>BY S. Young<br>DEPUTY CLERK |

### ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc: Hon. Elissa F. Cadish, District Judge
Morris Law Group
Premier Legal Group
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(0)-1947

15-33546